UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :

       -against-                                   :               08 Cr. 46 (WHP)

Tyrone Glynn,                                         :               ORDER
                    Defendant.           :
--------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

         This Court will hold a conference on December 16, 2020 at 11:30 a.m. regarding

defendant's post-release supervision.


Dated: September 9, 2020
       New York, New York


                       SO ORDERED:

                       _____
                        WILLIAM H. PAULEY III
                           U.S.D.J.