UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

         -against-                                         :        08 Cr. 46 (WHP)

Tyrone Glynn,                                             :        <u>ORDER</u>
                          Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Wednesday, December 16, 2020 at 11:30 a.m. regarding defendant's supervision.  The dial-in number is 888-363-4749, passcode 3070580.

Dated:  December 11, 2020
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.