UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      08cr46 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
TYRONE GLYNN,                            :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    For the reasons stated on the record at the August 12, 2022 conference, Tyrone Glynn (D.O.B. 9/10/1967) is sentenced to time-served and is released from the custody of the United States Marshals.

    SO ORDERED:

Dated:     New York, New York
           August 12, 2022

                                                        _____
                                                            DENISE COTE
                                         United States District Judge