```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :   08cr46 (DLC)
                                         :
            -v-                          :   ORDER
                                         :
TYRONE GLYNN,                            :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the specifications of violation of supervised release in this case is scheduled for December 2, 2022 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         November 18, 2022

                                      _____
                                            DENISE COTE
                                      United States District Judge