```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      08cr46 (DLC)
                                         :
         -v-                             :      ORDER
                                         :
TYRONE GLYNN,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Once a bed is available for Tyrone Glynn — Register No. 58700-054 — at Samaritan Daytop Village, Mr. Glynn will be released on bail to Samaritan Daytop Village, which is authorized to transport Mr. Glynn from custody, subject to **the condition that he serve six months (6) at the Samaritan Daytop Village** and comply with all of its rules and conditions.

    SO ORDERED:

Dated:    New York, New York
           December 6, 2022

                                                _____
                                                Honorable Denise Cote
                                                United States District Judge