```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    08cr46 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
TYRONE GLYNN,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the specifications of violation of supervised release in this case is scheduled for September 7, 2023 at 2:00 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         September 6, 2023

                                        _____
                                                  DENISE COTE
                                        United States District Judge