UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
UNITED STATES OF AMERICA,                 :     08cr46 (DLC)
                                          :
                -v-                       :     ORDER
                                          :
TYRONE GLYNN,                             :
                                          :
                    Defendant.            :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that a conference to address the specifications of violation of supervised release in this case is scheduled for April 16, 2024 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

   SO ORDERED:

Dated:    New York, New York
          April 12, 2024

                                          _____
                                                DENISE COTE
                                          United States District Judge