SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
         UNITED STATES OF AMERICA      :    [PROPOSED] **ORDER**

                        - v. -                           :    08 Cr. 46 (DLC)

         TYRONE GLYNN,                       :

                   DEFENDANT.              :
------------------------------------------------------------x

IT IS HEREBY ORDERED that the defendant, Tyrone Glynn, participate and successfully complete at least six (6) months of residential substance abuse treatment services at Samaritan Daytop Village.

IT IS FURTHER ORDERED that the U.S. Marshals Service shall produce Tyrone Glynn (Register No. 58700-054) at 500 Pearl Street, New York, NY 10007 on May 7, 2024, and release him into the custody of the United States Probation Office for the purposes of transport to Samaritan Daytop Village.

Dated: New York, New York
April 30, 2024

                                                         _____
                                                         Honorable Denise L. Cote
                                                         United States District Judge