```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :     08cr46 (DLC)
                                      :
            -v-                       :     ORDER
                                      :
TYRONE GLYNN,                         :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the November 1 conference in this matter is cancelled.

    SO ORDERED:

Dated:    New York, New York
           October 30, 2024

                                                       DENISE COTE
                                      United States District Judge