```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    08cr46 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
TYRONE GLYNN,                            :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the specifications of violation of supervised release in this case is scheduled for February 27, 2025 at 4:00 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         February 25, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge