UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :        08cr46 (DLC)
                                         :
         -v-                             :        ORDER
                                         :
TYRONE GLYNN,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    For the reasons set forth on the record at the February 27, 2025 conference, it is hereby

    ORDERED that the outstanding specifications against the defendant are dismissed.

    IT IS FURTHER ORDERED that term of supervision for defendant Tyrone Glynn (Register No. 58700-054) is terminated and the defendant is released from the custody of the United States Marshals.

    SO ORDERED:

Dated:   New York, New York
         February 27, 2025

                                                    _____
                                                    Honorable Denise Cote
                                                    United States District Judge